## MILLER v. THE STATE.

ATKINSON, J. 1. The testimony of the prosecutor that he was "cut" and "stabbed" with a knife by the defendant was sufficient to authorize the jury in finding that there was in fact such penetration as would constitute the offense of stabbing. See *Ward* v. *State*, 56 *Ga.* 409.

2. The evidence being sufficient to support the verdict, the discretion of the court below in refusing a new trial will not be disturbed.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

Submitted May 21,—Decided July 3, 1906.

Accusation of stabbing. Before Judge Willis. City court of Columbus. April 7, 1906.

*Peter Preer*, for plaintiff in error.

*H. H. Swift*, solicitor, and *L. C. Slade*, contra.

---

## SLADE v. THE STATE.

COBB, P. J. 1. A demurrer to an indictment which charged the accused with playing and betting for money "at a game played with cards," upon the ground that the indictment failed to set out the name of the game so played, is without merit. *Woody* v. *State*, 113 *Ga.* 927.

2. The alleged newly discovered evidence was cumulative in its character, and the discretion of the trial judge in overruling the motion for a new trial on this ground will not be controlled.

3. There was sufficient evidence to warrant the verdict.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

Submitted May 22,—Decided July 3, 1906.

Accusation of gaming. Before Judge Shannon. City court of Jeffersonville. April 19, 1906.

*Henry Bunn Wimberly*, for plaintiff in error.